UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61944-CIV-DIMITROULEAS

RAW LIFE ORGANICS LLC, a Florida
Limited Liability Company,

    Plaintiff,

vs.

SBL, LLC d/b/a GLOBAL
CANNABINOIDS, a Nevada Limited
Liability Company,

    Defendant.
_____/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY ACTION**

THIS CAUSE is before the Court upon Defendant SBL, LLC d/b/a Global Cannabinoids ("Global Cannabinoids")'s Motion to Compel Arbitration and Stay Proceedings [DE 16] and the November 5, 2020 Report and Recommendation of Magistrate Judge Lurana S. Snow (the "Report") [DE 33]. The Court notes that no objections to the Report [DE 33] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 33] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 33] and record and is otherwise fully advised in the premises. The Court agrees

with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 33] is hereby **ADOPTED** and **APPROVED**;

2. Defendant Global Cannabinoids's Motion to Compel Arbitration and Stay Proceedings [DE 16] is hereby **GRANTED** as follows:

    a. Plaintiff may present its claims or defenses to the arbitrator as required by the parties' agreement;

    b. This case is **DISMISSED WITHOUT PREJUDICE**;

    c. The part of the Motion seeking to stay the action is **DENIED AS MOOT**;

    d. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of January, 2021.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record